IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KELDRIC THOMAS | § | |
| VS. | § | CIVIL ACTION NO. 1:11-CV-192 |
| DR. WOLFE, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Keldric Thomas, a prisoner confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se*, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971) against Dr. Wolfe, Nicanor Pasao, and Nurse Morris.

The Court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends granting defendant Nicanor Pasao's motion for summary judgment.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Defendant Nicanor Pasao's motion for

summary judgment is **GRANTED**. A partial judgment dismissing Nicanor Pasao from this action will be entered in accordance with the magistrate judge's recommendation.

    **SIGNED** this the **17** day of **September, 2012.**

_____
Thad Heartfield
United States District Judge