IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KELDRIC THOMAS | § | |
| VS. | § | CIVIL ACTION NO. 1:11-CV-192 |
| DR. JEAN-GUY WOLFE, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Keldric Thomas, a prisoner confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Dr. Jean-Guy Wolfe and Joyce Morris.[1]

The Court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends granting the defendants' motion for summary judgment.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

---

[1] Defendants Wolfe and Morris are employed by the University of Texas Medical Branch. Plaintiff's claims against federal employees were previously dismissed.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the 25 day of **November, 2013.**

_____
Thad Heartfield
United States District Judge